UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **BIOPURE CORPORATION**<br>11 Hurley Street.<br>Cambridge, MA 02141,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**CHARLES NATANSON**<br>2534 44th Street<br>Washington, D.C. 20007,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION<br>NO. 1:08-cv-1732 |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, BIOPURE CORPORATION**

Pursuant to Local Rule 83.6(c) of the United States District Court for the District of Columbia, Bingham McCutchen LLP hereby requests the Court's permission to withdraw its appearance as counsel for the plaintiff in this matter. As grounds for this motion, counsel states the following:

On July 16, 2009, plaintiff Biopure Corporation ("Biopure") filed a Petition for Bankruptcy under Title 11 of the United States Code with the United States Bankruptcy Court for the District of Massachusetts. Biopure has continued in possession of its property and to manage its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

In connection with the bankruptcy filing, Biopure entered into an agreement with OPK Biotech LLC ("OPK") for the sale of substantially all of its assets. The sale was subject to customary closing conditions, approval of the Bankruptcy Court and the conduct of a Bankruptcy Court supervised auction process in which Biopure would seek competing bids to achieve the highest price possible for its assets. The sale closed on or about September 9, 2009. I am informed by Biopure and its bankruptcy counsel that among the assets purchased by OPK was this cause of action, and Biopure no longer owns the claims asserted in this matter. Thus, I have not received instruction since the bankruptcy filing and cannot

- 2 -

receive further instruction on how to proceed from Biopure because of the sale of its assets, including this claim.  OPK now owns the claim.

This firm has contacted counsel for OPK, Douglas P. Rosner, Esq., Goulston & Storrs.  As of this writing, we are informed that OPK is considering how it intends to proceed.  OPK expects to decide in advance of this Court's scheduled status conference on December 11, 2009, at which time it could either dismiss the claim or elect to pursue it and seek a modified scheduling order.  In the meantime, this matter should be stayed until the conference to give OPK a reasonable opportunity to consider its alternatives with respect to proceeding with this case.

For this reason, Bingham McCutchen LLP respectfully requests that the firm be allowed to withdraw its appearance and discontinue its involvement in this case and further requests that the schedule in this case be stayed until further order of the Court at the next status conference.

Dated: October 29, 2009                                  Respectfully submitted,

**BINGHAM McCUTCHEN LLP**


/s/ Jason R. Scherr
Jason R. Scherr, DC Bar No. # 466645
2020 K Street, NW
Washington, DC 20006-1806
Tel.    202.373.6000
Fax    202.373.6001
jr.scherr@bingham.com

Robert A. Buhlman, BBO # 554393
Raquel J. Webster, BBO # 658796
One Federal Street
Boston, MA 02110
Tel.    617.951.8000
Fax    617.951.8736
robert.buhlman@bingham.com
raquel.webster@bingham.com