# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BIOPURE CORPORATION, | ) ) ) |  |
| Plaintiff, | ) ) | Civil Action No. 08-1732 (EGS) |
| v. | ) ) ) |  |
| CHARLES NATANSON, | ) ) |  |
| Defendant. | ) ) |  |

## CONSENT MOTION FOR A CONTINUANCE

Defendant hereby respectfully requests a continuance of the status hearing currently set for December 10, 2009 at 2:45 p.m.  Specifically, Defendant requests that the status hearing be rescheduled for January 20, or January 21, 2010.  If neither date is convenient for the Court, the parties are available on other dates in mid to late January with the exception of January 15, 18, 25, 26, 27, 28, and 29, 2010.  In accordance with Local Rule 7(m), counsel for Defendant has conferred with counsel for plaintiff and has obtained consent for this motion; the parties have agreed that a continuance to January 2010 would be in the interest of both parties.

There is good cause to grant this motion.  Biopure Corporation ("Biopure"), the original plaintiff in this action, filed a petition for Chapter 11 bankruptcy on July 16, 2009.  As a result of the bankruptcy proceedings, OPK Biotech LLC ("Biotech") acquired substantially all of Biopure's assets, and Biotech now owns the cause of action at issue in this litigation.  Biotech is represented by Douglas Rosner, Esquire, who has not yet entered an appearance in this litigation.[1]  Biotech's counsel and counsel for Defendant have been engaged in settlement

---

[1] Bingham McCutcheon LLP, which was counsel for Biopure, has a pending motion to withdraw its appearance (Docket Entry 18).

discussions in an attempt to resolve this case without further judicial intervention, and would like to have further discussions before the status conference. In addition, a continuance would give counsel for Biotech time to enter an appearance and fully familiarize himself with the case. Therefore the parties propose that the status conference be deferred until January 20, or January 21, 2010; counsel for Defendant, Biopure, and Biotech are available on those two dates.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/
        ROBIN M. MERIWEATHER, DC BAR # 490114
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7198
        (202) 514-8780 (fax)
        Robin.Meriweather2@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BIOPURE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-1732 (EGS) |
| v. | ) ) ) | |
| CHARLES NATANSON, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for A Continuance, it is this

_____ day of _____, 2009,

ORDERED that the Status Hearing set for December 10, 2009 at 2:45 p.m. be and hereby is continued to _____, 2010 at _____ in Courtroom 24A.

SO ORDERED.

_____
United States District Judge